**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| JOSEPHINE ROMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-01829 (MKB) (RER) |
| | ) | |
| JETBLUE AIRWAYS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**CASE MANAGEMENT STATEMENT**

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move or request a conference with respect to the complaint by June 22, 2020.

2. No additional parties may be joined after December 1, 2020.

3. No amendment of the pleadings will be permitted after December 1, 2020.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure August 17, 2020.

5. The parties propose the following schedule:

- Plaintiff's Motion for Class Certification and Class Certification Expert Reports to be filed no later than: April 16, 2021;

- Defendant's Opposition to Plaintiff's Motion for Class Certification and Class Certification Expert Reports to be filed: 45 days after Plaintiff files her Motion for Class Certification and Class Certification Expert Reports; and

- Plaintiff's Reply in Support of Class Certification and any Rebuttal Class Certification Expert Reports to be filed: 45 days after Defendant files its Opposition to Plaintiff's Motion for Class Certification and Class Certification Expert reports.

Following the resolution of Plaintiff's Motion for Class Certification, the parties request the Court hold a post-certification determination status conference to discuss how the case shall proceed in light of the disposition of the class certification motion, including determination of remaining fact and expert discovery to be conducted, and pretrial matters, if any.

6. All discovery pertaining to class certification, including depositions of experts, shall be completed on or before July 1, 2021 (Generally, this date must be no later than six (6) months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within one (1) week following the closing of all discovery and responses are due one (1) week later.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(e)? <u>No</u>

9. A Telephone Conference set for _____, to be initiated by

    ___ Plaintiff or __ Defendant (Check One)

    ***(The Court will schedule the Conference listed above.)**

10. Status Conference will be held on _____.

    ***(The Court will schedule the Conference listed above.)**

11. A Final Pre-Trial Conference will be held on _____.

    ***(The Court will schedule the Conference listed above.)**

The scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

Upon consent of the parties

[signatures of all counsel]

<u>/s/Jeffrey M. Ostrow</u>
Jeffrey M. Ostrow
Kopelowitz Ostrow P.A.
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: 954-525-4100
Email: ostrow@kolawyers

*/s/Daniel L. Warshaw*
Daniel L. Warshaw
Pearson, Simon & Warshaw
15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 91403
Telephone: 818-788-8300
Email: dwarshaw@pswlaw.com


*/s/ Hassan Zavareei*
Hassan Zavareei
Tycko & Zavareei LLP
2000 L Street Nw Suite 808
Washington, DC 20036
Telephone: 202-973-0900
Email: hzavareei@tzlegal.com


*/s/ Laurie Rubinow*
Laurie Rubinow
Shepherd, Finkelman, Miller & Shah LLP
875 Third Avenue, Suite 800
New York, NY 10022
Telephone: 866-540-5505
Facsimile: 866-300-7367
Email: lrubinow@sfmslaw.com

*Counsel for Plaintiff*


*/s/ Kieran M. Corcoran*
Kieran M. Corcoran
Stinson LLP
1325 Avenue of the Americas
27th Floor
New York, NY 10019
Telephone: 212-763-8491
Email: kieran.corcoran@stinson.com

*/s/ Roy Goldberg*
Roy Goldberg
Stinson Leonard
Washington, D.C.
1775 Pennsylvania Avenue, N.W.
Suite 800

934517.1                                        3

Washington, DC 20006
Telephone: 202-728-3005
Email: roy.goldberg@stinson.com

*Counsel for Defendant*


Dated: June     , 2020
         Brooklyn, New York


                                              _____
                                              **RAMON E REYES, JR**
                                              **UNITED STATES MAGISTRATE JUDGE**